UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE TYLER, | ) | 1:12-cv—01129-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING PETITIONER TO |
| | ) | SUBMIT WITHIN THIRTY (30) DAYS A |
| | ) | SIGNED DECLARATION CONCERNING THE |
| v. | ) | PETITION (Doc. 1) |
| | ) | |
| RON BARNES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Local Rules 300 through 304, the matter has been referred to the Magistrate Judge. Pending before the Court is the petition, which was filed on July 11, 2012.

    A review of the petition reveals that Petitioner did not sign or date the petition.

    Local Rule 131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases (Habeas Rules) requires a petition for writ of habeas corpus to "be signed under penalty

1

of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a separate document stating that he submitted the petition to the Court and verifying its contents to be true under penalty of perjury of the laws of the United States.  Petitioner must sign the document under penalty of perjury; the document should contain an original signature.  Petitioner must state the date on which he signed the document.  Petitioner is GRANTED thirty (30) from the date of service of this order to comply with the Court's directive.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

**Dated:     July 27, 2012**                              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

2