1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                        **EASTERN DISTRICT OF CALIFORNIA**

9

10

11   GEORGE TYLER,                          Case No. 1:12-cv-01129-SKO-HC

12            Petitioner,                   ORDER DISMISSING PETITIONER'S
                                            MOTION TO COMPEL AS MOOT (DOC. 29)
13        v.

14
     RON BARNES, Warden,
15
              Respondent.
16

17

18        Petitioner is a prisoner proceeding pro se and in forma

19   pauperis with a petition for writ of habeas corpus pursuant to 28

20   U.S.C. § 2254.  Pursuant to 28 U.S.C. 636(c)(1), the parties have

21   consented to the jurisdiction of the United States Magistrate Judge

22   to conduct all further proceedings in the case, including the entry

23   of final judgment, by manifesting their consent in writings signed

24   by the parties or their representatives and filed by Petitioner on

25   July 26, 2012, and on behalf of Respondent on March 14, 2013.

26        Pending before the Court is the Petitioner's motion to compel

27   Respondent to send to Petitioner copies of documents that Respondent

28   lodged with this Court when Respondent filed an answer to the

                                    1

petition on May 15, 2013.  In response to Petitioner's request, Respondent noted that the documents lodged in connection with the answer constituted copies of documents from state court proceedings on direct appeal and involving collateral challenges concerning Petitioner's commitment offenses; thus, Petitioner should have copies of the documents.  Respondent offered to provide Petitioner with documents providing that Petitioner specified the precise documents he was missing.  (Doc. 30, 2.)

Petitioner did not reply, and there is no indication that Petitioner has further specified any documents that he wishes to have furnished.  Further, the Court notes that about one month after Respondent made the offer, Petitioner filed a traverse to the Respondent's answer, but Petitioner did not raise any issue concerning his need for copies of any state court records.

Accordingly, Petitioner's motion to compel is DISMISSED as moot.

IT IS SO ORDERED.

Dated:   **September 18, 2013**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE