# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TYLER,<br><br>        Petitioner,<br><br>  v.<br><br>RON BARNES, Warden,<br><br>        Respondent. | Case No. 1:12-cv-01129-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br><br>(Doc. 26) |

Fred Foulk, the acting warden of High Desert State Prison, Susanville, California, has advised the Court that the caption in this matter incorrectly names Ron Barnes as Respondent. Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Fred Foulk, the acting warden of High Desert State Prison, as Respondent.

IT IS SO ORDERED.

   Dated:   **August 10, 2015**                   **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE