1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TYLER,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FOULK, Warden at High Desert State Prison,<br><br>    Respondent. | Case No.  1:12-cv-01129-SKO  HC<br><br>**ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE SANCTIONED FOR FAILURE TO RESPOND TO THE COURT'S ORDER**<br><br>**(Doc. 36)**<br><br>**RESPONSE DUE WITHIN 15 DAYS** |

On August 18, 2015, the Court entered an order directing Respondent to supplement the record with sufficient portions of the transcript of the trial (December 18, 2008) to permit the Court to determine whether the prosecution's introduction of new evidence in the course of Petitioner's first trial was intended to provoke Petitioner into moving for a mistrial or was otherwise attributable to State misconduct.  Respondent was ordered to file the supplemental portions of the transcript within thirty days.  Although thirty days have now passed, Respondent has failed to file the requested supplemental materials as ordered or to respond to the order in any way.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, based on Respondent's failure to comply with the Court's order.  F.R.Civ.P. 11; Local Rule 110.

1    Accordingly, the Court hereby ORDERS that within 15 days from the date of this order,

2  Respondent shall file a written response to the Court, showing cause why sanctions should not be

3  imposed against him for failure to obey the Court's order of August 18, 2015.  Compliance with

4  the Court's order of August 18, 2015, shall be considered an appropriate response.

5

6

7  IT IS SO ORDERED.

8  Dated:   **September 23, 2015**                          **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28