UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TYLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK, Warden at High Desert State Prison,<br><br>　　　　Respondent. | Case No. 1:12-cv-01129-SKO  HC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR RESPONDENT TO FILE SUPPLEMENTAL TRANSCRIPT**<br><br>**(Docs. 37 and 38)** |

　　　　On August 18, 2015, the Court entered an order directing Respondent to supplement the record with sufficient portions of the transcript of the trial (December 18, 2008) to permit the Court to determine whether the prosecution's introduction of new evidence in the course of Petitioner's first trial was intended to provoke Petitioner into moving for a mistrial or was otherwise attributable to State misconduct.  Although the Court ordered Respondent to file the supplemental portions of the transcript within thirty days, Respondent failed to file the requested supplemental materials or to respond to the order in any other way.  Accordingly, on September 24, 2015, the Court issued an order to show cause why Respondent should not be sanctioned for failure to file the requested supplemental transcript.  On October 2, 2015, Respondent advised the Court that the requested transcript was being transcribed and requested an extension of the time in which to file it to November 16, 2015.

1

Accordingly, the Court hereby ORDERS:

1. The order to show cause issued September 24, 2015 (Doc. 37), is hereby discharged.

2. On or before November 16, 2015, Respondent shall file sufficient portions of the transcript of trial (December 18, 2008) to permit the Court to determine whether the prosecution's introduction of new evidence in the course of Petitioner's first trial was intended to provoke the defendant into moving for a mistrial or was otherwise attributable to State misconduct.

IT IS SO ORDERED.

Dated:  **October 5, 2015**                         **/s/ Sheila K. Oberto**
                                                                                 UNITED STATES MAGISTRATE JUDGE