UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TYLER,<br><br>    Petitioner,<br><br>v.<br><br>FRED FOULK,<br><br>    Respondent. | CASE NO. 1:12-cv-01129-SKO  HC<br><br>ORDER AUTHORIZING FILING OF PETITION *IN FORMA PAUPERIS* |

  Petitioner is a state prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2254.  On October 28, 2015, this Court denied the petition and declined to grant a certificate of appealability.  On November 30, 2015, Petitioner filed an appeal to the U.S. Court of Appeals for the Ninth Circuit and moved to proceed *in forma pauperis*.   Pursuant to 28 U.S.C. § 1915, the Court hereby AUTHORIZES Petitioner to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **December 3, 2015**      **/s/ Sheila K. Oberto**
                   UNITED STATES MAGISTRATE JUDGE

1